**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**RICHARD JORDAN**                                                                  **PETITIONER**

**VS.**                                           **CIVIL ACTION NO.: 1:05CV260KS**

**CHRISTOPHER EPPS, Commissioner,
Mississippi Department of Corrections and
JIM HOOD**                                                     **RESPONDENTS**

---

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed herein, the Court finds that the petition of Richard Jordan, for *Writ of Habeas Corpus*, should be **denied** and Final Judgment rendered herein:

NOW, THEREFORE, IT IS HEREBY ORDERED that Judgment be and is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure and that the above styled and numbered cause is **dismissed with prejudice.**

SO ORDERED this, the 30th day of August, 2010.

                                                           *s/Keith Starrett*
                                                           UNITED STATES DISTRICT JUDGE